AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

FILED
OCT 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

JOSE DIAZ
Plaintiff

v.

STATE OF DE / H.R.Y.C.I
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, JOSE DIAZ declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  H.R.Y.C.I

   Inmate Identification Number (Required):  T1794989

   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  J&D Groups Mohogany run. Bld 69 Room 210  U.S. Vargin Islands St. Thomas. ($1,000.00 Salary)

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | | X |
   | b. | Rent payments, interest or dividends | | X |
   | c. | Pensions, annuities or life insurance payments | | X |
   | d. | Disability or workers compensation payments | | X |
   | e. | Gifts or inheritances | | X |
   | f. | Any other sources | X | |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.  My family and friends. Not sure if I'm going to reciave any more.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ·· Yes   ☒ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ·· Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

10/11/2007
DATE

_____
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
09/28/07 11:54
ST 007 / OPR SJW

SBI              : 1794989
Resident Name    : DIAZ, JOSE
Time Frame       : 04/01/2007 10:13 - 09/28/2007 11:51

---------------------------------------------------------------------------------
Date         Time    Type            ST   OPR    Receipt #      Amount    Balance
---------------------------------------------------------------------------------

04/30/2007   10:13   Intake          4    gmw    D68073          25.00     25.00
05/03/2007   14:11   Add             4    CAR    D68308          15.00     40.00
05/08/2007   10:53   Order           2    DDT    B167295         39.04      0.96
05/14/2007   10:06   Add             4    gmw    D68884         100.00    100.96
05/22/2007   12:38   Order           2    DDT    B169237         53.18     47.78
05/23/2007   13:33   Credit         11    DDT    K4240            1.70     49.48
05/29/2007   10:05   Order           2    DDT    B170121         44.36      5.12
06/06/2007   09:58   Order          11    DDT    K4470            3.52      1.60
06/25/2007   09:05   Add             4    CAR    D71112          30.00     31.60
06/26/2007   13:28   Order           2    DDT    B173888         31.56      0.04
07/02/2007   11:58   Add             4    CAR    D71500          50.00     50.04
07/03/2007   08:34   Order           2    DDT    B174720         49.22      0.82
07/23/2007   10:07   Order           2    DDT    B177358          0.78      0.04
07/27/2007   10:48   Credit          2    DDT    B177853          0.78      0.82
```



FILED
OCT 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE