In THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) JOSE DIAZ T1794989 : 42 U.S.C § 1983.
    ( PLAINTIFF )
P.O. BOX 9561 Wilm. DE. 19809

(1) NICHOLAS OUTTEN 288386 : 07-634
    ( WITNESS )
P.O. BOX 9561 Wilm. DE. 19809 : (CASE NUMBER)

VS. : CIVIL COMPLAINT
(1) STATE OF DE. /H.R.Y.C.I

"JURY TRIAL" YES

I. PREVIOUS LAWSUITS: NONE



FILED
OCT 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PAGE ONE

II. <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>.

A. Is there a prisoner grievance procedure available at your present institution? <u>YES</u>

B. Have you fully exhausted your available administative remedies regarding each of your present claims? <u>YES</u>

C. If your answer to "B" is <u>YES</u>
(1) <u>What steps did you take</u>? I filed a number of grievances and complained to all day and night shift officer's about the air ventilation being turned off.
(2) <u>What was the result</u>? I received no answer from the grievance board in regards to my grievance's and the officer's stated that they could due nothing about the ventilation problem, it was a maintenance issue not security, so there for not a priority.

III <u>DEFENDANTS</u>
(1) STATE OF DE./H.R.Y.C.I

PAGE TWO

## IV. STATEMENT OF CLAIM

(1) Inhumane living conditions for 9 day. Time line: on 7-21-07 between 11 pm - 6 am, the air/ventilation exhaust was turned complatly of, untill 7-29-07 around 10 pm.

(2) Mildew/Unsafe living conditions for 9 day's. The floor's and walls were dripping with dew, making bedding, clothing and all personal toiletry's unusable.

(3) No water for about 24 hours. On 7-26-07 at about 6am the water in the whole facility was turned off. Adding to the fact that there was no ventilation. Being forced to use the toilet in my cell, were urine/facies sat in the toilet with 3 men in the cell for the period of the water being turned off.

(4) During this period of barbaric time's, I constantly felt my chest was going to explode, due to my high blood pressure, wich I take medication for, and anxiety attacks due to sinus problems.

PAGE THREE

## V  RELIEF

(1) To grant me restitution for my pain and suffering and mental/physical anguish, for being forced to live in degrading and barbaric living conditions. $500,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11TH day of Oct. 2007.

_Jose Jean_
"PLAINTIFF"

PAGE FOUR

