Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

US POSTAGE $00.41
10/25/2007
Mailed From 19801
049J82023030

RETURN TO SENDER

X INMATE UNKNOWN — NO INMATE BY THIS SPELLING
____ INMATE RELEASED — ENCLOSURE UNAUTHORIZED
____ CORRESPONDENCE REFUSED

Jose Diaz
SBI# 1794989
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

COMPLETED
OCT 30 2007

NIXIE  197  CC 1       25 10/31/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 19801357018    *1727-16463-25-39*

07-634 (GMS)

Scanned RD

2007 NOV -5 PM
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-634-GMS |
| | ) |
| STATE OF DE/H.R.Y.C.I., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

1. The plaintiff Jose Diaz, SBI #1794989, a <u>pro se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915.

2. Consistent with 28 U.S.C. § 1915(a)(1) and (2), the plaintiff has submitted: (1) an affidavit stating that he has no assets with which to prepay the filing fee; and (2) a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. Based on the plaintiff's submissions, his request to proceed <u>in forma pauperis</u> is granted.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $350.00 and shall be required to pay an initial partial filing fee of 20 percent (20%) of the greater of his average monthly deposit or average monthly balance in the trust fund account.