

Jose Diaz
SBI# 1794989
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**Utility Events**
1:07-cv-00634-UNA Diaz v. State of DE/H.R.Y.C.I.
PaperDocuments

## U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 10/24/2007 at 3:40 PM EDT and filed on 10/24/2007
**Case Name:** Diaz v. State of DE/H.R.Y.C.I.
**Case Number:** 1:07-cv-634
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb)


**1:07-cv-634 Notice has been electronically mailed to:**


**1:07-cv-634 Notice has been delivered by other means to:**

Jose Diaz
SBI# 1794989
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809